# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 1273

VERSUS

BEAU LEDOUX

**MARCH 02, 2021**

---

In Re:    Beau Ledoux, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          539793.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

                              JMG
                              PMc
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT